UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FAHAD KHAN, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>WAKEMED, )<br>)<br>Defendant. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:18-cv-276-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 5]. Khan's application to proceed in forma pauperis [D.E. 1] is GRANTED, and Khan's complaint is DISMISSED for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on March 5, 2019, and Copies To:**

Fahad Khan           (Sent to 1701 Gorman St. Apt. 202 Raleigh, NC 27606 via US Mail)

DATE:                                     PETER A. MOORE, JR., CLERK

March 5, 2019                     (By) /s/ Nicole Sellers
                                                    Deputy Clerk